**No. 54379.**—American Continental Co., Inc., et al. *v.* United States, protests 150965–K, etc. (New York).

Opinion by Cole, J.   The protests were dismissed.